# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 13, 2019

## NO. 03-19-00576-CV

**Steven Leon Wiley, Phillip Craig Wiley, and Shannon Lynn Wiley, Appellants**

**v.**

**McLane Company, Inc. and Transco Inc., Appellees**

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on August 16, 2019. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.